FILED
IN OPEN COURT

JAN 1 2 2026

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>RA'ONTA DA'VION SCOTT, )<br>a/k/a "s.o.b_bodybags" )<br><br>Defendant. ) | CRIMINAL NO. 4:26-cr-5<br><br>18 U.S.C. §§ 922(g)(3) and 924(a)(8)<br>Unlawful User of Controlled<br>Substance in Possession of Firearm<br>(Counts 1, 3, 4, and 6)<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>False Statements During Purchase of<br>Firearms<br>(Counts 2, 5, and 7)<br><br>18 U.S.C. § 924(d);<br>28 U.S.C. § 2461(c)<br>Criminal Forfeiture |

INDICTMENT

January 2026 Term – at Newport News, Virginia

GENERAL ALLEGATIONS

At all times relevant:

1.      RA'ONTA DA'VION SCOTT, a/k/a "s.o.b_bodybags," resided in Newport News in the Eastern District of Virginia.

2.      The defendant is a member of the hybrid criminal street gangs, "Stand on Business" (a/k/a "S.O.B.") and "Jump Out Gang" (a/k/a "J.O.G."), which are under investigation for firearm offenses, robberies, homicides, and drug trafficking in the Eastern District of Virginia.

3.      Since July 2024, the defendant has successfully purchased at least five firearms and attempted to purchase one additional firearm.

4.     One of the firearms purchased by the defendant was recovered by police at the scene of a shooting in Newport News approximately 112 days after the defendant made the purchase.

5.     The defendant is an admitted habitual user of controlled substances. Despite his drug use, he illegally possessed firearms and made false statements in connection with the foregoing firearms purchases.

## COUNT ONE

(Unlawful User of Controlled Substance in Possession of Firearm)

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 18, 2024, in the Eastern District of Virginia, RA'ONTA DA'VION SCOTT, a/k/a "s.o.b_bodybags," the defendant herein, knowing that he was an unlawful user of a controlled substance in 21 U.S.C. § 802, did knowingly possess a firearm, to wit: a Girsan MC9S, 9mm handgun with serial number T6368-21CJ01614, said firearm having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8)).

3

## COUNT TWO

(False Statement During Purchase of Firearm)

On or about September 18, 2024, in the Eastern District of Virginia, RA'ONTA DA'VION SCOTT, a/k/a "s.o.b_bodybags," the defendant herein, in connection with the acquisition of a firearm, to wit: a Girsan MC9S, 9mm handgun with serial number T6368-21CJ01614, from Treasure Chest Pawn and Gun, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Treasure Chest Pawn and Gun, as to a material fact to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol Tobacco, Firearms, and Explosives Form 4473, Firearms Transactions Record, to the effect that he was not "an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance" indicated on the Form 4473, when in fact as he then knew, he was an unlawful user of marijuana.

(In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2)).

## COUNT THREE

(Unlawful User of Controlled Substance in Possession of Firearm)

THE GRAND JURY FURTHER CHARGES THAT:

In or about December 2024, in the Eastern District of Virginia, RA'ONTA DA'VION SCOTT, a/k/a "s.o.b_bodybags," the defendant herein, knowing that he was an unlawful user of a controlled substance in 21 U.S.C. § 802, did knowingly possess a firearm, to wit: a Glock Gen5 .45 caliber handgun with serial number AKNM068, said firearm having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)((3) and 924(a)(8)).

## COUNT FOUR

(Unlawful User of Controlled Substance in Possession of Firearm)

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 7, 2025, in the Eastern District of Virginia, RA'ONTA DA'VION SCOTT, a/k/a "s.o.b_bodybags," the defendant herein, knowing that he was an unlawful user of a controlled substance in 21 U.S.C. § 802, did knowingly possess a firearm, to wit: a Glock 19X, 9mm handgun with serial number CAHT447, said firearm having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8)).

6

## COUNT FIVE

(False Statement During Purchase of Firearm)

On or about July 7, 2025, in the Eastern District of Virginia, RA'ONTA DA'VION SCOTT, a/k/a "s.o.b_bodybags," the defendant herein, in connection with the acquisition of a firearm, to wit: a Glock 19X, 9mm handgun with serial number CAHT447, from Superior Pawn and Gun, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Superior Pawn and Gun, as to a material fact to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol Tobacco, Firearms, and Explosives Form 4473, Firearms Transactions Record, to the effect that he was not "an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance" indicated on the Form 4473, when in fact as he then knew, he was an unlawful user of marijuana.

(In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2)).

7

## COUNT SIX

(Unlawful User of Controlled Substance in Possession of Firearm)

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 5, 2025, in the Eastern District of Virginia, RA'ONTA DA'VION SCOTT, a/k/a "s.o.b_bodybags," the defendant herein, knowing that he was an unlawful user of a controlled substance in 21 U.S.C. § 802, did knowingly possess a firearm, to wit: a Diamondback Firearms DB15, 5.56 mm rifle with serial number DB2963105, said firearm having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8)).

## COUNT SEVEN

(False Statement During Purchase of Firearm)

On or about November 6, 2025, in the Eastern District of Virginia, RA'ONTA DA'VION SCOTT, a/k/a "s.o.b_bodybags," the defendant herein, in connection with the acquisition of a firearm, to wit: a Diamondback Firearms DB15, 5.56 mm rifle with serial number DB2963105, from Superior Pawn and Gun, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Superior Pawn and Gun, as to a material fact to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol Tobacco, Firearms, and Explosives Form 4473, Firearms Transactions Record, to the effect that he was not "an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance" indicated on the Form 4473, when in fact as he then knew, he was an unlawful user of marijuana.

(In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2)).

9

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1.      The defendant, if convicted of Counts One through Seven, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

2.      If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3.      The property subject to forfeiture includes, but is not limited to:

   a.  a Girsan MC9S, 9mm handgun with serial number T6368-21CJ01614 and ammunition.

   b.  a Glock 19X, 9mm handgun with serial number CAHT447 and ammunition.

   c.  a Diamondback Firearms DB15, 5.56 mm rifle with serial number DB2963105 and ammunition seized on December 5, 2025.

(In accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

UNITED STATES v. RA'ONTA DA'VION SCOTT
4:26-cr-

A TRUE BILL:

REDACTED COPY

_____
F O R E P E R S O N

LINDSEY HALLIGAN
UNITED STATES ATTORNEY AND SPECIAL ATTORNEY

TODD BLANCHE
DEPUTY ATTORNEY GENERAL

ROBERT MCBRIDE
FIRST ASSISTANT UNITED STATES ATTORNEY

By: _____
D. Mack Coleman
Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, VA 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
mack.coleman@usdoj.gov