FILED
IN OPEN COURT

MAR 2 4 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 4:26-cr-5 |
| RA'ONTA DA'VION SCOTT, | ) |
| a/k/a "s.o.b_bodybags" | ) |
| | ) |
| Defendant. | ) |

STATEMENT OF FACTS

By signing below, the parties stipulate that the following facts are true and correct, and that had the matter gone to trial, the United States of America would have proven them beyond a reasonable doubt, by competent and admissible evidence.

1. At all times relevant, RA'ONTA DA'VION SCOTT, the defendant herein, lived in the Eastern District of Virginia.

2. On or about November 6, 2025, the defendant purchased a 5.56mm Diamondback DB15 rifle from Superior Pawn & Gun at *** W. Mercury Boulevard, Hampton, Virginia.

3. In connection with the purchase of the Diamondback rifle, the defendant completed ATF Form 4473 (Firearms Transaction Record). The defendant made materially false statements to purchase the firearm.

4. Question 21f of ATF Form 4473 asked the defendant, "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?" The form specifically warned the defendant: "Warning: The use or possession of marijuana remains unlawful under Federal Law regardless of whether it has been legalized or decriminalized for medicinal or recreation purposes in a state where you reside."

5.      When purchasing the firearm, the defendant falsely answered that he was not an unlawful user, or addicted to, marijuana at the time of this firearm purchase.

6.      In so doing, with respect to Count 7, the defendant made a false written statement to a firearms dealer in connection with the acquisition of the Diamondback firearm, and the false statement was intended to deceive the dealer with respect to a material fact about the lawfulness of the sale.

7.      Before and after the illegal purchase of the Diamondback rifle in or about November 2025, the defendant regularly and habitually used marijuana. For example, on October 27, 2025, the defendant posted a music video to his Instagram account in which he was smoking marijuana. On November 2, 2025, four days before the purchase of the Diamondback rifle, the defendant smoked marijuana on a recorded video call with his brother, an inmate at Western Tidewater Regional Jail. Likewise, on November 11, 2025, five days after the defendant purchased the Diamondback rifle, the defendant again smoked marijuana on a recorded video call with his brother.

8.      On or about November 19, 2025, the investigative team conducted a controlled trash pull at the defendant's residence, *** 47th Street, Newport News, Virginia. The police recovered six mylar bags containing suspected marijuana residue, a mylar bag containing burnt marijuana paper and residue, an empty cigar wrap and burnt discarded cigar wrap, a package of game leaf cigars and discarded cigar tobacco, empty packages of cigar wraps, empty packages of rolling papers, and a bottle of "Blunteffects" fragrance spray that is marketed to help habitual marijuana users mask the odor of marijuana on their person.

9.      On or about December 5, 2025, the police executed a search warrant at the defendant's residence, *** 47th Street, Newport News, Virginia. Investigators recovered the Diamondback Arms DB-15 rifle (serial number DB2963105) loaded with one round in the



chamber and 26 rounds of 5.56 caliber ammunition in the magazine.    Additionally, police recovered 68 grams of marijuana and another firearm, a KelTec Sub-2000 (which is a 9mm handgun that resembles a short-barreled rifle).

10.    At the time of the search on December 5, 2025, the defendant was interviewed and admitted to being a habitual user of marijuana.

11.    The defendant had a history of making materially false statements to acquire firearms.  On September 18, 2024, the defendant similarly and falsely denied being an unlawful user of controlled substances to purchase a Girsan MC9S 9mm handgun.  On July 7, 2025, the defendant similarly and falsely denied being an unlawful user of controlled substances to purchase a Glock 19X 9mm handgun.

\*        \*        \*

12.    The defendant stipulates and agrees that he committed the acts described herein unlawfully, knowingly, and willfully, and without legal justification or excuse with the specific intent to do that which the law forbids, and not by mistake, accident or any other reason.

13.    The defendant further acknowledges that the foregoing statement of facts does not describe all of his conduct relating to the offenses charged in this case, nor does it identify all of the persons with whom he may have engaged in illegal activities.

Respectfully Submitted,

Todd W. Blanche
Deputy Attorney General

By:    _____
D. Mack Coleman
Assistant United States Attorney

3



After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States could prove these facts beyond a reasonable doubt.

_____
RA'ONTA DA'VION SCOTT
Defendant

I am counsel for RA'ONTA DA'VION SCOTT. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Nicholas R. Hobbs
Defense Counsel

4